# In The United States Court of Federal Claims

No. 08-700C

(Filed: February 26, 2009)

_____

JAY ANTHONY DOBYNS, et al.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 25, 2009, plaintiff filed an unopposed motion for enlargement of time, asking for an additional 45 days in which to respond to defendant's motion to dismiss. This motion is hereby **GRANTED** in part, and **DENIED** in part. Accordingly, on or before April 1, 2009, plaintiff shall file a response to defendant's motion to dismiss. **No further enlargements of this deadline will be granted**.

    **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge