# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 3, 2009)

_____

JAY ANTHONY DOBYNS, et al.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 1, 2009, plaintiff filed a response to defendant's motion to dismiss and a motion to amend its complaint. Accordingly:

1. A telephonic status conference to discuss plaintiff's amended complaint will be held in this case on Wednesday, April 15, 2009, at 10 a.m. (EDT); and

2. All further briefing on defendant's motion to dismiss is hereby **STAYED** pending that status conference.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge