# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 15, 2009)
_____

JAY ANTHONY DOBYNS, et al.,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On April 1, 2009, plaintiffs filed a motion for leave to file a first amended complaint. On April 13, 20009, plaintiffs filed a motion for leave to correct errors in the first amended complaint. Both of plaintiffs' motions are hereby **GRANTED.**

    **IT IS SO ORDERED.**

 

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge