# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 15, 2009)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 15, 2009, a telephonic status conference was held to discuss the potential further amendment of plaintiff's first amended complaint. Participating were James Reed, for plaintiff, and Kent Kiffner, for defendant. Pursuant to discussions held at that conference, on or before May 15, 2009:

    (i)    Plaintiff shall file a motion for leave to further amend his complaint; or

    (ii)    defendant shall file a renewal or modification of its motion to dismiss.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge