# In The United States Court of Federal Claims

No. 08-700C

(Filed: June 23, 2009)

_____

JAY ANTHONY DOBYNS,

            Plaintiff,

  v.

THE UNITED STATES,

            Defendant.

_____

**NOTICE**

_____

On June 17, 2009, plaintiff filed his response to defendant's motion to dismiss, indicating that he would separately transmit to the court a copy of a 2007 Settlement Agreement via facsimile. The court has since received this document and will maintain it in chambers for *en camera* review.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge