# In The United States Court of Federal Claims

No. 08-700C

(Filed: June 23, 2009)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 22, 2009, defendant filed a motion for leave to file under seal its reply to plaintiff's response to its motion to dismiss.  Defendant's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge