# In The United States Court of Federal Claims

No. 08-700C

(Filed: March 12, 2010)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Notwithstanding the provisions of RCFC Appendix A ¶ 4, the parties' Joint Preliminary Status Report shall be filed on or before April 2, 2010, and not on May 3, 2010, as indicated currently on the docket.

    **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge