# In The United States Court of Federal Claims

No.  08-700C

(Filed:  March 16, 2010)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic conference will be held in this case on Thursday, March 25, 2010, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge