# In The United States Court of Federal Claims

No. 08-700C

(Filed: May 26, 2010)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On May 25, 2010, plaintiff filed an expedited request for a status conference. The court has reviewed plaintiff's motion and does not believe that it presents matters within the court's jurisdiction or supervisory control. As this court has explained previously, via this litigation, the court has not assumed supervisory control of plaintiff's relationship with his employer. Plaintiff cites no legal authority whatsoever to suggest otherwise. Accordingly, the motion is **DENIED** and discovery shall proceed as previously ordered.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge