# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 13, 2010)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 12, 2010, defendant filed a request for a status conference to discuss the parties' diverging proposed protective orders. The motion is hereby **DENIED**. On or before Friday, October 15, 2010, each party shall file a memorandum explaining why its proposed protective order is preferable to the alternative. The parties are reminded of the court's expectation that they will proceed in good faith and in the spirit of cooperation.

**IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge