# In The United States Court of Federal Claims

No. 08-700C

(Filed: January 14, 2011)

_____

JAY ANTHONY DOBYNS,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Wednesday, January 19, 2011, at 11:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge