# In The United States Court of Federal Claims

No. 08-700C

(Filed: February 2, 2011)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 1, 2011, defendant filed a motion for a status conference, and, on the same day, plaintiff filed his response. Plaintiff's production of tax documents was already extensively discussed during the January 19, 2011, status conference. If plaintiff opposes defendant's production requests, plaintiff shall file a motion for a protective order on or before February 9, 2011. If that motion is denied, the court will be obligated by RCFC 37 to consider the imposition of sanction on plaintiff, his attorney, or both. Accordingly, defendant's motion is hereby **DENIED**.

    **IT IS SO ORDERED.**

                                                        s/Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge