# In The United States Court of Federal Claims

No. 08-700C

(Filed: March 7, 2011)

---

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

On March 4, 2011, plaintiff filed a joint motion for enlargement of time. The motion is hereby **GRANTED**. Accordingly:

1. On or before August 31, 2011, fact discovery shall be completed;

2. On or before September 30, 2011, the parties shall disclose their experts and exchange expert reports;

3. On or before October 31, 2011, expert discovery shall be completed; and

4. On or before November 14, 2011, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

                              s/Francis M. Allegra  
                              Francis M. Allegra  
                              Judge