# In The United States Court of Federal Claims

No. 08-700C

(Filed: July 27, 2011)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 26, 2011, plaintiff filed a request for a status conference.  After careful review of plaintiff's filing:

1. Plaintiff's request for a status conference is hereby **DENIED**;

2. To the extent that plaintiff's request is understood as a motion for leave to take six additional depositions pursuant to RCFC 30(a)(2)(A)(i), that motion is hereby **GRANTED**.  Plaintiff must take all depositions within the fact discovery period set forth in the court's March 7, 2011, scheduling order;

3. Plaintiff, in its request for a status conference, seeks discovery of documents identified in defendant's privilege log.  If plaintiff's intent is to compel discovery of these documents, plaintiff must file a separate motion to compel that fully complies with the requirements of RCFC 37 (including the good faith consultation requirements therein); and

4. On or before August 5, 2011, defendant shall:

    a. Provide to plaintiff the last known contact information for Charles Higman; or

      b.      File a response with the court explaining why defendant cannot or will not provide this information.

**IT IS SO ORDERED.**

                                                                             s/Francis M. Allegra
                                                                             Francis M. Allegra
                                                                             Judge