# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 24, 2011)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 12, 2011, defendant filed a consent motion for leave to allow five fact witness depositions out of time under RCFC 30(a)(2)(A), and for leave to subpoena a former government employee for the second time.  The court finds that good cause exists to **grant** the motion in light of the defendant's omission of critical information in its production to plaintiff during fact discovery.   Therefore, in accordance with RCFC 26(b)(2):

1. On or before October 31, 2011, the parties shall reconvene depositions for four government employees referenced in the motion of October 12, 2011, for one-hour depositions to be scheduled by defendant;

2. In addition, the court **GRANTS** leave to the parties to again subpoena the former government employee referenced in the motion of October 12, 2011, consistent with RCFC 45, and to conduct a half-day deposition as soon as possible of that individual;

3. Defendant shall bear the expense of reconvening these five depositions; and

4. The remainder of the court-ordered schedule in this matter remains unaffected.

**IT IS SO ORDERED.**

                                                      s/Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge