# In The United States Court of Federal Claims

No. 08-700C

(Filed: November 16, 2011)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 14, 2011, the parties filed a joint status report indicating their intention to file cross-motions for summary judgment, along with a proposed filing schedule for these dispositive motions. Upon review of the parties' joint status report, the court hereby **ORDERS**:

1. On or before January 18, 2012, plaintiff shall file a motion for summary judgment;

2. On or before February 15, 2012, defendant shall file its cross-motion for summary judgment and its response to plaintiff's motion for summary judgment;

3. On or before March 14, 2012, plaintiff shall file his reply and his response to defendant's cross-motion; and

4. On or before March 28, 2012, defendant shall file its reply to its cross-motion.

**IT IS SO ORDERED.**

                                                              s/Francis M. Allegra
                                                              Francis M. Allegra
                                                              Judge