# In The United States Court of Federal Claims

No. 08-700C

(Filed: August 24, 2012)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic oral argument on the parties' cross motion for summary judgment will be held in this case on Wednesday, October 3, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled oral argument time.

**IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge