# In The United States Court of Federal Claims

No. 08-700C

(Filed: September 28, 2012)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on cross motions for summary judgment scheduled for October 3, 2012, is hereby **CANCELLED**. The court will decide these motions on the briefs.

    **IT IS SO ORDERED.**

                                                                 s/Francis M. Allegra
                                                               Francis M. Allegra
                                                               Judge