# In The United States Court of Federal Claims

No. 08-700C

(Filed: August 17, 2012)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, November 8, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

        s/Francis M. Allegra
        Francis M. Allegra
        Judge