# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 17, 2012)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before November 2, 2012, the parties shall each file a list of the witnesses that they currently expect to call at trial, together with a single sentence identifying the position of the witness, if relevant, and the reason he or she is expected to testify.  These lists are in no way associated with the requirements in Appendix A of the Rules of the United States Court of Federal Claims, and are not binding on the parties for purposes of trial, but rather are designed only to assist the court in making scheduling decisions.

    **IT IS SO ORDERED.**

                                            s/Francis M. Allegra
                                            Francis M. Allegra
                                            Judge