# In The United States Court of Federal Claims

No. 08-700C

(Filed: March 26, 2013)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Trial in this case will commence at 9:30 a.m. (EDT) on Monday, June 10, 2013, at the United States Bankruptcy Court for the District of Arizona, James A. Walsh U.S. Courthouse, Courtroom 206, 38 South Scott Avenue, Tucson, Arizona.

**IT IS SO ORDERED.**

                s/Francis M. Allegra
                Francis M. Allegra
                Judge