# In The United States Court of Federal Claims

No. 08-700C

(Filed: March 27, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Wednesday, April 3, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                          s/Francis M. Allegra
                                          Francis M. Allegra
                                          Judge