# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 3, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

The trial location has been changed to the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, Arizona. Trial in this case will commence at 10:00 a.m. (EDT) on Monday, June 10, 2013.

**IT IS SO ORDERED.**

                                                            s/Francis M. Allegra
                                                            Francis M. Allegra
                                                             Judge