# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 3, 2013)

_____

JAY ANTHONY DOBYNS,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On February 19, 2013, plaintiff filed a motion for a supplemental evidentiary hearing or for bifurcation. Pursuant to discussions in today's status conference, this motion is hereby **DENIED** without prejudice.

**IT IS SO ORDERED.**

                                                        s/Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge