# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 3, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case. Participating in the conference were James Bernard Reed, for plaintiff, and David Allen Harrington, for defendant. Pursuant to discussions during the conference:

1. On or before April 8, 2013, plaintiff shall file a copy of any document production request he believes required defendant to produce the list of all relevant Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Orders;

2. On or before April 19, 2013, defendant shall file a list of its objections to individual witnesses in plaintiff's proposed witness list, with an explanation for each objection; and

3. On or before May 8, 2013, plaintiff shall file his response to objections filed pursuant to paragraph 2 of this order.

**IT IS SO ORDERED.**

                                                                 s/Francis M. Allegra
                                                                 Francis M. Allegra
                                                                 Judge