# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 24, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 22, 2013, plaintiff filed a motion *in limine* requesting an order requiring defendant to produce former employee-witnesses at trial, or allowing plaintiff to use deposition testimony in lieu of live testimony. Accordingly,

1. On or before May 2, 2013, defendant shall file its response; and

2. On or before May 9, 2013, plaintiff shall file his reply.

**IT IS SO ORDERED.**

                                                            s/Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge