# In The United States Court of Federal Claims

No. 08-700C

(Filed: April 24, 2013)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 22, 2013, plaintiff filed a motion to compel supplemental production of documents. Accordingly,

1. On or before May 2, 2013, defendant shall file its response; and

2. On or before May 9, 2013, plaintiff shall file his reply.

**IT IS SO ORDERED.**

        s/Francis M. Allegra
        Francis M. Allegra
        Judge