# In The United States Court of Federal Claims

No. 08-700C

(Filed: May 20, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Wednesday, May 22, 2013, at 2:30 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge