# In The United States Court of Federal Claims

No. 08-700C

(Filed: May 20, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 17, 2013, the court conducted a pre-trial conference in this case. Participating in this conference were Mr. James Reed, for plaintiff, and Mr. David Harrington, for defendant. Pursuant to discussions at that conference:

1. By noon (EDT) on May 31, 2013, the parties shall file a revised joint stipulation of facts; and

2. On or before June 3, 2013, each party shall file a revised witness list and a revised exhibit list, if any.

**IT IS SO ORDERED.**

                                                      s/Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge