# In The United States Court of Federal Claims

No. 08-700C

(Filed: May 22, 2013)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Today, a status conference was held in this case. Participating in this conference were Mr. James Reed, for plaintiff, and Mr. David Harrington, for defendant. Pursuant to discussions at that conference, on or before May 28, 2013, the parties shall file a joint status report indicating whether they have a preference for holding the Washington, DC component of this trial during the week of July 15, 2013, or the week of July 22, 2013.

    **IT IS SO ORDERED.**

                                                        s/Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge