# In The United States Court of Federal Claims

No. 08-700C

(Filed: May 30, 2013)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      The Washington, DC component of this trial will commence during the week of July 22, 2013, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the trial.

    **IT IS SO ORDERED.**

                                               s/Francis M. Allegra
                                               Francis M. Allegra
                                               Judge