# In The United States Court of Federal Claims

No. 08-700C

(Filed: June 5, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On June 4, 2013, defendant filed a motion to quash a trial subpoena. On the same day, plaintiff filed his response. Based upon review of these filings, the court hereby **DENIES** the motion to quash. The court expects plaintiff to work with defendant to minimize inconvenience to the witness.

    **IT IS SO ORDERED.**

                                                          s/Francis M. Allegra
                                                           Francis M. Allegra
                                                          Judge