# In the United States Court of Federal Claims

No. 08-700

(Filed: June 10, 2013)

JAY ANTHONY DOBYNS,

    Plaintiff

v.

THE UNITED STATES,

    Defendant

---

**ORDER**

---

    As recognized in the protective order previously entered in this case, evidence in this case relates to law enforcement techniques and other information that must be protected from public disclosure. Consistent with that order, after consultation with the parties, the court hereby orders the trial proceedings in this matter to be closed to the public. The U.S. Marshal is hereby authorized to take such steps as he deems advisable to effectuate this order.

    **IT IS SO ORDERED.**

Francis M. Allegra<br>
Judge