# In The United States Court of Federal Claims

No. 08-700C

(Filed: June 25, 2013)

_____

JAY ANTHONY DOBYNS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 21, 2013, the Tucson, AZ component of this trial concluded. Pursuant to discussions at trial:

1. On or before June 26, 2013, defendant shall submit to the court an unredacted copy of defendant's exhibit 81 for in camera review;

2. On or before June 28, 2013, the parties shall file revised witness lists for the Washington, D.C. component of trial;

3. On or before July 5, 2013, the parties shall file objections to revised witness lists, if any; and

4. On or before July 10, 2013, the parties shall file responses to objections filed pursuant to paragraph 3.

**IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge