# In The United States Court of Federal Claims

No. 08-700C

(Filed: June 25, 2013)

_____

JAY ANTHONY DOBYNS,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Friday, July 12, 2013, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                   s/Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge