# In The United States Court of Federal Claims

No. 08-700C

(Filed: September 6, 2013)

_____

JAY ANTHONY DOBYNS,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On July 22, 2013, the court conducted the D.C. component of the trial in this case. While a transcript of proceedings has apparently been served on the parties, one has not been filed with the court. Accordingly, on or before September 11, 2013, defendant shall file an electronic copy of the transcript on CD-ROM.

    **IT IS SO ORDERED.**

                                                        s/Francis M. Allegra  
                                                        Francis M. Allegra  
                                                        Judge