# In The United States Court of Federal Claims

No. 08-700C

(Filed: September 25, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      During trial, this court encouraged the parties to submit unredacted versions of heavily redacted emails admitted into evidence. On September 23, 2013, defendant responded with a motion to supplement the trial record with several emails. Defendant's motion is hereby **GRANTED** in part, and **DENIED** in part. To the extent that the emails are unredacted versions of admitted trial exhibits, they are admitted into evidence, and to the extent that the materials provided by defendant include versions of emails that were not previously admitted, they will be excluded.

    **IT IS SO ORDERED.**

                                            s/Francis M. Allegra
                                            Francis M. Allegra
                                            Judge