# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 1, 2013)

_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On June 10, 2013, through June 21, 2013, the court held trial in this case in Tucson, Arizona. On July 24, 2013, the court received a copy of the trial transcript. On July 22, 2013, through July 26, 2013, the court held the second component of the trial in this case in Washington, D.C. The court received a copy of the trial transcript on September 11, 2013. On September 23, 2013, defendant moved to supplement the trial record. On September 25, 2013, the court granted that motion, in part. Proof in this case is now closed.

    **IT IS SO ORDERED.**

                                                      s/Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge