# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 1, 2013)

_____

JAY ANTHONY DOBYNS,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before November 4, 2013, the parties shall simultaneously file post-trial briefs;

2. On or before December 19, 2013, the parties shall simultaneously file replies to the initial post-trial briefs; and

3. After replies have been filed, the court will contact the parties to arrange a date for closing argument.

**IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge