# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 2, 2013)
_____

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On October 1, 2013, plaintiff filed a motion request for clarification regarding scheduling order. The court hereby amends its October 1, 2013, scheduling order as follows:

1. On or before November 14, 2013, the parties shall simultaneously file post-trial briefs;

2. On or before December 16, 2013, the parties shall simultaneously file responses to the initial post-trial briefs; and

3. After responses have been filed, the court will contact the parties to arrange a date for closing argument.

**IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge