# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 21, 2013)

_____

JAY ANTHONY DOBYNS,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On October 18, 2013, the parties filed a joint motion for enlargement of time. The motion is hereby **GRANTED**. Accordingly, the court hereby amends its October 2, 2013, scheduling order as follows:

1. On or before December 9, 2013, the parties shall simultaneously file post-trial briefs;

2. On or before January 9, 2014, the parties shall simultaneously file responses to the initial post-trial briefs; and

3. After responses have been filed, the court will contact the parties to arrange a date for closing argument.

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

                                                              s/Francis M. Allegra
                                                              Francis M. Allegra
                                                               Judge