# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 21, 2013)

───────────

JAY ANTHONY DOBYNS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

───────────

**ORDER**

───────────

       On October 17, 2013, plaintiff filed a motion to correct the trial transcript proceedings. On or before October 25, 2013, plaintiff shall file a list of specific areas of the transcript—both page number and line number—that require a transcription of video deposition testimony used to refresh or impeach the trial testimony of witnesses.

       **IT IS SO ORDERED**.

                                          s/Francis M. Allegra
                                          Francis M. Allegra
                                          Judge