# In The United States Court of Federal Claims

No. 08-700C

(Filed: October 25, 2013)

_____

JAY ANTHONY DOBYNS,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

     Closing argument will be held on this case on Tuesday, February 18, 2014, at 10:00 a.m. (MST) at the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, Courtroom 6 A, 405 W. Congress Street, Tucson, Arizona.

     **IT IS SO ORDERED.**

                                                            s/Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge