# In The United States Court of Federal Claims

No. 08-700C

(Filed: December 5, 2013)

_____

JAY ANTHONY DOBYNS,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Thursday, January 16, 2014, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                  s/Francis M. Allegra
                                  Francis M. Allegra
                                  Judge