# In The United States Court of Federal Claims

No. 09-198C

(Filed: December 5, 2013)

_____

WESTLAND MEAT COMPANY, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 4, 2013, defendant filed a stipulation for entry of judgment with plaintiff's consent. The Clerk is directed to enter judgment as stipulated by the parties.

**IT IS SO ORDERED**.

s/ Francis M. Allegra  
Francis M. Allegra  
Judge